21547. TRAVELERS INSURANCE COMPANY *et al. v.* HURT.

STEPHENS, J. Under the ruling of the Supreme Court in answer to questions certified to it in this case (*Travelers Ins. Co.* v. *Hurt,* 176 *Ga.* 153, 167 S. E. 175), the award of the industrial commission, allowing increased compensation upon an application for compensation upon the ground that the claimant had suffered a change in condition as provided in section 45 of the workmen's compensation act, was contrary to law; and the judge of the superior court erred in affirming the award.

*Judgment reversed. Jenkins, P. J., and Sutton, J., concur.*

DECIDED JANUARY 7, 1933.

*McDaniel, Neely & Marshall, Harry L. Greene,* for plaintiffs in error.

*Wohlwender & Calhoun,* contra.